# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**John M. Domurad**
**Clerk of Court**

**Daniel R. McAllister**
**Chief Deputy**

**James M. Hanley Federal Building**
**P.O. Box 7367 100 S. Clinton Street**
**Syracuse NY 13261-7367**
**(315) 234-8500**

May 5, 2026

Jessie Engles
22-B-1293
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011

Re: Engles v. Sullivan et al
Case No. 9:23-cv-1259-ECC-CBF

Dear Mr. Engles,

     This case is ready for trial. Please advise in writing on or before May 29, 2026, as to whether you would like the Court to appoint an attorney to represent you at trial.

                Very truly yours,

                Kimberly Carrow
                Courtroom Deputy to
                U.S. District Judge Elizabeth C. Coombe

cc: James, D. Taylor, Esq. (via ecf)